IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

D. RAQUEL WATSON,

       **Plaintiff,**

vs.

    Case No. C2-06-870
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Mark R. Abel

TELLY J. FARROW,
    et al.,

       **Defendants.**

## ORDER

This matter is before the Court upon the application of the Plaintiff for a temporary restraining order. By affidavit, the Plaintiff has sworn to facts convincing the Court that emergency relief is warranted.

Consistent with Federal Rule of Civil Procedure 65(b), the Plaintiff's attorney has certified to the Court in writing his efforts to give notice to Defendant Farrow of the filing of the instant Motion for Temporary Restraining Order.[1] Plaintiff's attorney has telephoned Defendant Farrow and communicated specifically with him as to matters pertained in the Motion. Plaintiff's attorney avers that he requested of Defendant Farrow his facsimile number or the name of his attorney, and sought to verify Defendant Farrow's address. Plaintiff's attorney states that Defendant Farrow indicated that he did not have an address, fax number or lawyer. Further, Court personnel has attempted to contact Defendant Farrow to no avail.

---

[1] Although Plaintiff has named additional Defendants, Fisher Chevrolet and Lexus of Englewood, they have no interest in the instant Motion and are not bound by any of its terms.

It clearly appears from specific facts shown by the Plaintiff's affidavit that immediate and irreparable injury will result to her before the adverse party or his attorney may be heard in opposition. Fed. R. Civ. P. 65(b). After reviewing Plaintiff's affidavit, the Court issues the following Temporary Restraining Order:

Defendant Farrow is hereby **ORDERED** to refrain from any of the following:

(1) e-mailing or otherwise sending personal photographs of Plaintiff to Plaintiff's employer or any other party;

(2) posting personal photographs of Plaintiff on the internet or any electronic medium; and

(3) contacting Plaintiff directly through telephone communications or otherwise.

This Order shall expire in ten (10) days subject to one renewal upon application of the Plaintiff and further Order of the Court. This Order shall become effective upon Plaintiff's posting of a $100 bond, which the Court deems is proper for the payment of security.

The Clerk is directed to send a copy of this Order to Defendant Farrow by certified mail at the following address:

> Telly J. Farrow
> 2412 City Place
> Edgewater, NJ 07020

**IT IS SO ORDERED.**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Issued this ___25th___ day of October, 2006
at the hour of _4:45 pm_ o'clock