IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| D. Raquel Watson, | : | |
| Plaintiff | : | Civil Action 2:06-cv-870 |
| | : | |
| v. | : | Judge Sargus |
| | : | |
| Telly J. Farrow, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |
| | : | |

**ORDER**

Plaintiff brings this action alleging that defendant Telly J. Farrow committed fraud upon her and caused her damages. This matter is before the Court on Magistrate Judge Abel's April 12, 2007 Report and Recommendation that Plaintiff's motion for default judgment as to Defendant Telly Farrow (doc.25) be granted. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and GRANTS plaintiff's March 23, 2007 motion for default judgment as to Defendant Telly Farrow. (doc. 25.)

Default judgment as to Defendant Farrow is appropriate in this instance pursuant to Federal Rule of Civil Procedure 54(b). Mr. Farrow has failed to appear before the court in any of these proceedings. Therefore, there is no just reason for delay and entry of default judgment is directed.

The Clerk of Courts is DIRECTED to enter JUDGMENT in favor of Plaintiff D. Raquel Watson and against Defendant Telly J. Farrow as follows. Plaintiff Ms. Watson is awarded default judgment against Mr. Farrow in the amount of $8,000 in attorney's fees, $2,300 in travel

expenses, and $500 for the bag and contents taken from her by the Defendant. Further, Defendant Telly Farrow is ordered to repay the $21,757.72 balance of the loan on the Chevrolet Tahoe to Capital One Auto Financing within 30 days of the entry of judgment. Defendant Farrow is also ordered to repay the $109,382.08 balance of the loan on the Mercedes Benz to Chase Auto Financing within 30 days of the entry of this judgment.

If Defendant Telly Farrow fails to repay these loans within the 30 day period, he is ordered to pay Plaintiff Watson $130,957.80 due plus interest at the post-judgment interest rate.

It is further ordered that the Defendant's duty to repay the $21,575.72 Capital One loan or the $109,382.08 Chase Auto loan shall be voided if any of the following occur: (1) Capital One or Chase forgives Ms. Watson the balance of the loans (2) Ms. Watson obtains a final judgment that she is not liable to Capital One or Chase on the loans, or (3) Mr. Farrow satisfies in full these obligations outside the 30 day period.

The Court awards Plaintiff Ms. Watson punitive damages in the amount of $143,300.

It is further ordered that the preliminary injunction granted to Plaintiff Ms. Watson on November 16, 2006 is made permanent and Defendant Farrow is hereby ordered to refrain from any of the following:

> (1) emailing or otherwise sending personal photographs of Plaintiff to Plaintiff's employer or any other party;
>
> (2) posting personal photographs of Plaintiff on the internet or any electronic medium; and
>
> (3) contacting Plaintiff directly through telephone communications or otherwise.

The Clerk is directed to send a copy of this Order to Defendant Farrow by ordinary U.S. Mail and Certified U.S. Mail at the following address:

Telly J. Farrow
2412 City Place
Edgewater, NJ 07020

**IT IS SO ORDERED.**

      5-21-2007
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**