IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| D. Raquel Watson, | : | |
| Plaintiff | : | Civil Action 2:06-cv-0870 |
| v. | : | Judge Sargus |
| Telly J. Farrow, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Order on Bankruptcy Stay

On March 5, 2007, plaintiff and defendant Lexus of Englewood filed a stipulation of dismissal (doc. 27). On May 23, 2007, default judgment was entered against defendant Telly J. Farrow (doc. 37). On December 11, 2006, the sole remaining defendant, Fisher Chevrolet, filed a Chapter XI petition for bankruptcy in the District of New Jersey. All proceedings in this Court are hereby STAYED pursuant to 11 U.S.C. §362, and the case shall be CLOSED ADMINISTRATIVELY pursuant to the Guide to Judicial Polices and Procedures, Vol. XI, Chapter 5, Appendix A. The Clerk of Court shall terminate all pending motions. The Court will not reopen this action unless and until a party in interest so moves.

6-25-2007
Edmund A. Sargus, Jr.
United States District Judge